

# Fourth Court of Appeals
## San Antonio, Texas

January 28, 2014

No. 04-13-00778-CV

Comfort **ROBERTS,**
Appellant

v.

**LLOYD DOUGLAS ENTERPRISES INC.,**
Appellee

From the 166th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-CI-12260
Honorable Solomon Casseb, III, Judge Presiding

### SHOW CAUSE ORDER

The clerk's record in this appeal has not yet been filed. Appellee contends this is an appeal from a temporary restraining order and a subsequent temporary injunction. Appellee has filed a motion to dismiss this appeal on the grounds that the entry of a December 16, 2013 agreed permanent injunction renders the temporary restraining order and a subsequent temporary injunction moot, and therefore, there is no justiciable controversy before this court.

Appellant is hereby ORERED to show cause in writing why this appeal should not be dismissed <u>no later than February 3, 2014</u>.

_Sandee Bryan Marion_
Sandee Bryan Marion, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 28th day of January, 2014.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court